**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  KEVIN STOLTZ, individually and on behalf of all others similarly situated, | No. C-05-2897-MHP |
| 13 | STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |
| 14         Plaintiff, v. | |
| 15  INTEL CORPORATION, a Delaware corporation, | |
| 16 | |
| 17         Defendant. | |

18
         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
19
   COUNSEL AS FOLLOWS:
20
         Pursuant to Civil Local Rule 6-2, Plaintiff Kevin Stoltz and Defendant Intel
21
   Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be
22
   due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate
23
   or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days
24
   after any such motion has been denied. The parties request this transfer because the plaintiffs in
25
   *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,
26

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627644.1

1  have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
2  1407, and the above-styled action has been identified as a related action to that petition. As a
3  result, the outcome of the pending petition will impact significantly the schedule of this case.
4       This is the first stipulation between the parties. Because this litigation has just
5  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
6  IT IS HEREBY STIPULATED.
7  DATED: July __, 2005

8                                             Bingham McCutchen LLP
9
10
11                                    By:_____
                                              JOY K. FUYUNO
12                                         Attorneys for Defendant
                                              Intel Corporation
13
14
15                                         Law Offices of Jeffrey F. Keller
16
17                                    By:_____
18                                            JEFFREY F. KELLER
                                           Attorneys for Plaintiff
19                                              Kevin Stoltz
20
21
22
23
24
25
26

1
2   **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

    IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
3
    Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
4
    pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
5
    1407, or, in the alternative, 45 days after any such motion has been denied.
6
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
7
    Dated: _____8/2_____, 2005
8
9
10                                                   _____
                                                     Honorable Marilyn Hall Patel
11                                                   United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26